IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-286-FL

| | |
|---|---|
| LARRY COMMEDO, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding the parties' cross-motions for judgment on the pleadings. (DE 24). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the court GRANTS plaintiff's motion for judgment on the pleadings (DE 19), DENIES defendant's motion for judgment on the pleadings (DE 22), and REMANDS to the Commissioner for further proceedings as set forth in the M&R, pursuant to sentence four of 42 U.S.C. § 405(g).

SO ORDERED this the 5th day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge