IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:12-CV-286-FL

| | |
|---|---|
| LARRY COMMEDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | <u>ORDER</u> |
| v. ) | |
| ) | |
| CAROLYN COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

Upon application of the Plaintiff,

It is ORDERED that the Commissioner of Social Security pay $3,338.68 in attorney's fees associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). It is further ordered that Plaintiff be paid $350.00 in costs for the filing fee. Such payments should be sent to:

    Kathleen Shannon Glancy, P.A.
    114 South Front Street
    Wilmington, NC 28401

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney fees under EAJA.

Upon the payment of such sums, this case is dismissed with prejudice.

This the ___12th___ day of ___February___, 2014.

_____
United States District Judge